UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YVONNE AGNES SCOTT, <br><br>                Plaintiff, <br>   v. <br><br>FEDERAL BOND AND COLLECTION SERVICE, INC., D/B/A FBCS, INC., a Pennsylvania corporation; JOSEPH NEARY, individually and in his official capacity; and OSIRIS HOLDINGS, LLC, a Maryland limited liability corporation, <br><br>                Defendants. | Case No.: 10-CV-02825-LHK <br><br>ORDER CONFIRMING CASE MANAGEMENT CONFERENCE |

The Case Management Conference scheduled for October 13, 2010, at 2 p.m. in Courtroom 4, 5th Floor, of the San Jose Courthouse, remains as set.

**IT IS SO ORDERED.**

Dated: October 7, 2010

                                                 _____
LUCY H. KOH
United States District Judge