```
 1  Mark E. Ellis - 127159
    Brandon L. Reeves - 242897
 2  ELLIS, LaVOIE, POIRIER, STEINHEIMER & McGEE LLP
    555 University Avenue, Suite 200 East
 3  Sacramento, CA  95825
    Tel: (916) 283-8820
 4  Fax: (916) 283-8821
    mellis@ellislawgrp.com
 5  breeves@ellislawgrp.com

 6  Attorneys for Defendants
    FEDERAL BOND & COLLECTION SERVICE, INC. D/B/A FBCS, INC.;
 7  JOSEPH NEARY; OSIRIS HOLDINGS, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YVONNE AGNES SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BOND AND COLLECTION SERVICE, INC., D/B/A FBCS, INC., a Pennsylvania corporation; JOSEPH NEARY, individually and in his capacity; and OSIRIS HOLDINGS, LLC, a California limited liability corporation,<br><br>    Defendants. | Case No.:  10-cv-02825-LHK<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [~~PROPOSED~~] ORDER**<br><br>as modified by the Court |

## STIPULATION

1.  WHEREAS, the Court ordered plaintiff and defendants in this action to complete mediation by January 11, 2011;

2.  WHEREAS, the parties agreed to schedule a mediation for December 17, 2010, in San Francisco, California, with mediator Sharon L. O'Grady;

3.  WHEREAS, defendants were unable to attend the December 17 mediation due to personal and business conflicts of defendant Federal Bond and Collection Service, Inc. and its counsel;

4.  WHEREAS, the parties conferred with each other and the mediator and agreed to cancel

- 1 -

1  the December 17 mediation and reschedule the mediation for a new date and time;

2      5.    WHEREAS, the parties and mediator were unable to reschedule the mediation to a new date and time prior to the completion deadline of January 11, 2011:

    Plaintiff Yvonne Agnes Scott and defendants Federal Bond and Collection Service, Inc., Joseph Neary, and Osiris Holdings, LLC hereby stipulate to a 90-day extension of their deadline to complete mediation to and including April 11, 2011.

Dated: December 15, 2010

    Consumer Law Center, Inc.

    By  /s/ Fred Schwinn
        Fred W. Schwinn
        Attorneys for Plaintiff
        YVONNE AGNES SCOTT

Dated: December 15, 2010

    Ellis, LaVoie, Poirier, Steinheimer & McGee LLP

    By  /s/ Brandon Reeves
        Brandon L. Reeves
        Attorneys for Defendants
        FEDERAL BOND & COLLECTION SERVICE, INC. D/B/A FBCS, INC.; JOSEPH NEARY; OSIRIS HOLDINGS, LLC

### ORDER

Pursuant to the parties' stipulation, the parties' deadline to complete mediation in this action is hereby extended ~~90 days~~ 60 days. The parties shall participate in mediation by no later than ~~April 11, 2011~~.

                March 14, 2011

IT IS SO ORDERED:

Dated: December 20, 2010

        *Lucy H. Koh*
        LUCY H. KOH
        United States District Judge

STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [~~PROPOSED~~] ORDER