Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
YVONNE AGNES SCOTT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| YVONNE AGNES SCOTT,<br><br>                Plaintiff,<br>  v.<br><br>FEDERAL BOND AND COLLECTION SERVICE, INC., D/B/A FBCS, INC., a Pennsylvania corporation; JOSEPH NEARY, individually and in his official capacity; and OSIRIS HOLDINGS, LLC, a Maryland limited liability corporation,<br><br>                Defendants. | Case No. CV10-02825-LHK<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>Fed. R. Civ. P. 68 |

COMES NOW the Plaintiff, YVONNE AGNES SCOTT, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court and the Defendants that the Defendants' Rule 68 Offer of Judgment is hereby accepted.  A copy of the Defendants' Rule 68 Offer of Judgment is attached hereto for the Court's reference and is identified as Exhibit "A."

                                                      CONSUMER LAW CENTER, INC.

Dated:  February 3, 2011                By: /s/ Fred W. Schwinn
                                                                 Fred W. Schwinn, Esq.
                                                                 Attorney for Plaintiff
                                                                 YVONNE AGNES SCOTT