# Exhibit "A"

1  Mark E. Ellis - 127159
   Brandon L. Reeves - 242897
2  ELLIS, LaVOIE, POIRIER, STEINHEIMER & McGEE LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  breeves@ellislawgrp.com

6  Attorneys for Defendants
   FEDERAL BOND & COLLECTION SERVICE, INC. D/B/A FBCS, INC.;
7  JOSEPH NEARY; OSIRIS HOLDINGS, LLC

8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12 | YVONNE AGNES SCOTT,                    | Case No.: 10-cv-02825- LHK
13 |                                        |
   |     Plaintiff,                         | **DEFENDANTS' RULE 68 OFFER OF
14 |                                        | JUDGMENT**
   | v.                                     |
15 |                                        |
   | FEDERAL BOND AND COLLECTION            |
16 | SERVICE, INC., D/B/A FBCS, INC., a     |
   | Pennsylvania corporation; JOSEPH NEARY,|
17 | individually and in his capacity; and OSIRIS |
   | HOLDINGS, LLC, a Maryland limited liability |
18 | corporation,                           |
19 |     Defendants.                        |

20

21     Defendants FEDERAL BOND AND COLLECTION SERVICE, INC., dba FBCS, INC.,

22 JOSEPH NEARY, AND OSIRIS HOLDINGS, LLC hereby offer to settle the above-entitled action

23 filed by plaintiff YVONNE AGNES SCOTT and have a judgment of dismissal with prejudice entered

24 pursuant to Rule 68 of the Federal Rules of Civil Procedure according to the following terms:

25     Defendants to collectively pay to plaintiff the total sum of two thousand and one dollars

26 ($2,001.00). Plaintiff to be awarded her reasonable attorney's fees and costs incurred in this action, to

27 be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the

28 Court on application by plaintiff's counsel, in accordance with 15 U.S.C. § 1692k.

This offer is made for the purposes specified in Rule 68 and is not to be considered an admission of liability. Defendant disputes liability and has denied and continues to deny liability to plaintiff for the matters alleged in this case, and tenders this offer of settlement solely to avoid the uncertainty and expense of further litigation.

Pursuant to Federal Rule of Civil Procedure 68, plaintiff or her attorney of record may accept this offer by signing below indicating acceptance of the offer and serving written notice that this offer is accepted within 14 days of service of this offer. If the offer is not accepted within 14 days, it is deemed withdrawn.

Dated: January 20, 2011

Ellis, LaVoie, Poirier, Steinheimer & McGee LLP

By _____
Brandon L. Reeves
Attorneys for Defendants
FEDERAL BOND & COLLECTION SERVICE, INC. D/B/A FBCS, INC.; JOSEPH NEARY; OSIRIS HOLDINGS, LLC

Plaintiff YVONNE AGNES SCOTT accepts the above Rule 68 offer.

Dated: _____

By _____

# CERTIFICATE OF SERVICE

I, Maria Gutierrez, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On January 20, 2011, I served the following document(s) on the parties in the within action:

**DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

|   | |
|---|---|
|   | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Fred W. Schwinn<br>Consumer Law Center, Inc.<br>12 South First Street<br>Suite 1014<br>San Jose, CA 95113-2404 | Attorneys for<br>Plaintiff YVONNE AGNES SCOTT |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on January 20, 2011.

By _____
Maria Gutierrez