UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YVONNE AGNES SCOTT,<br><br>                    Plaintiff,<br>         v.<br><br>FEDERAL BOND AND COLLECTION SERVICE, INC., D/B/A FBCS, INC., a Pennsylvania corporation; JOSEPH NEARY, individually and in his official capacity; and OSIRIS HOLDINGS, LLC, a Maryland limited liability corporation,<br><br>                    Defendants. | Case No.: 10-CV-02825-LHK<br><br>JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 AND REQUEST FOR CLARIFICATION RE: ATTORNEY'S FEES AND COSTS |

Pursuant to the Notice of Acceptance of Offer of Judgment and the Defendants' Rule 68 Offer of Judgment filed in this case, the Court hereby enters judgment for Plaintiff Yvonne Agnes Scott in the amount of two thousand and one dollars ($2,001.00), plus the reasonable attorney's fees and costs incurred by Plaintiff in this action.

The Court requests clarification regarding whether the parties have reached an agreement regarding attorney's fees and costs. Accordingly, by noon on Friday, April 15, 2011, the parties shall file a notice stating whether fees and costs have been agreed upon by the parties or will need to be determined by the Court. If the parties have not reached an agreement, Plaintiff's counsel's motion for attorney's fees shall be filed within three weeks of this Order.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
LUCY H. KOH
United States District Judge

1