UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YVONNE AGNES SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BOND AND COLLECTION SERVICE, INC., D/B/A FBCS, INC., a Pennsylvania corporation; JOSEPH NEARY, individually and in his official capacity; and OSIRIS HOLDINGS, LLC, a Maryland limited liability corporation,<br><br>　　　　　Defendants. | Case No.: 10-CV-02825-LHK<br><br>ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS |

　　　　Pursuant to Civil Local Rule 7-1(b), the Court finds Plaintiff's Motion for Attorney's Fees and Costs, Dkt. No. 51, appropriate for determination without oral argument. Therefore, the Court VACATES the hearing on Plaintiff's motion scheduled for August 11, 2011. The Court will issue an Order shortly.

**IT IS SO ORDERED.**

Dated: August 10, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-02825-LHK
ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS